D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs and proposed
collective action and class action members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**ANTHONY FRATTIN on behalf of himself and others similarly situated,**

**INDEX NO: 07 CV 3383 (PAC)**

　　　　　　　　　　**Plaintiff,**

　　v.

**WEST 44th STREET RESTAURANT LLC, d/b/a KELLARI TAVERNA, STAVROS AKTIPIS, and HARSHAD SHAH,**

　　　　　　　　　　**Defendants.**
------------------------------------------------------------x

### PLAINTIFF'S MAY 2, 2007 NOTICE OF FILING CONSENTS

Pursuant to 29 U.S.C. § 216(b), the following individual(s) hereby submit a written notice of consent:

1. Jay Cohen

　　　　　　　　　　　　　　Respectfully submitted,

JOSEPH & HERZFELD, LLP

By: _____/s/_____
    D. Maimon Kirschenbaum
757 Third Ave, 25th Fl.
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Kellari Taverna. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Jay Cohen_
Full Legal Name (Print)

_/s/ Jay Cohen_
Signature

_5/2/07_
Date

## CERTIFICATE OF SERVICE

A copy of Plaintiffs' May 2, 2007 Notice of Filing Consents was served on defendants in accordance with Federal and Local Rules of Civil Procedure.

_____/s/_____
D. Maimon Kirschenbaum