UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY FRATTIN on behalf of himself
and others similarly situated,

INDEX NO: 07 CV 3383 (PAC)

Plaintiff,

v.

AFFIDAVIT OF SERVICE

WEST 44th STREET RESTAURANT LLC,
d/b/a KELLARI TAVERNA, STAVROS
AKTIPIS, and HARSHAD SHAH,

Defendants.
------------------------------------------------------------x

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, BRONYA WEINBERG, being duly sworn depose and say deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of New York. That on May 4, 2007 at approximately 7:45 p.m. at 19 West 44th Street, New York, New York 10036, recipients GENERAL MANAGER, Staphis, deponent served the within AMENDED SUMMONS AND AMENDED COMPLAINT WITH JURY DEMAND on WEST 44th STREET RESTAURANT, LLC d/b/a KELLARI TAVERNA therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to the GENERAL MANAGER personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the AGENT FOR SERVICE OF PROCESS authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male        Race: Caucasian        Approx. Age: 35        Approx. Height: 5'9"
Approx. Weight: 225                        Dress: Dark grey suit

COMMENTS: I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*BWeinberg*                                    5/11/07
Bronya Weinberg                                Executed on:
89 Christopher Street
New York, NY 10014

Subscribed and sworn to before me, a notary public, on this 7th day of May, 2007.

*Eileen Manning*
Notary Public                                  My Commission Expires:

EILEEN MANNING
Notary Public, State of New York
No. 01MA6027284
Qualified in Queens County
Commission Expires June 28, 2007