D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs and proposed
collective action and class action members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ANTHONY FRATTIN on behalf of himself
and others similarly situated,                           INDEX NO: 07 CV 3383 (PAC)

                    Plaintiff,

     v.

WEST 44th STREET RESTAURANT LLC,
d/b/a KELLARI TAVERNA, STAVROS
AKTIPIS, and HARSHAD SHAH,

                    Defendants.
------------------------------------------------------------x

### PLAINTIFF'S MAY 15, 2007 NOTICE OF FILING CONSENTS

Pursuant to 29 U.S.C. § 216(b), the following individual(s) hereby submit a written notice of consent:

1. Sarah Jean Tickal

                                  Respectfully submitted,

**JOSEPH & HERZFELD, LLP**

By: _____/s/_____
    D. Maimon Kirschenbaum
757 Third Ave, 25th Fl.
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Kellari Taverna and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Sarah Jean Tickal_
Full Legal Name (Print)

_Sarah Tickal_
Signature

_5/9/07_
Date

## CERTIFICATE OF SERVICE

A copy of Plaintiffs' May 15, 2007 Notice of Filing Consents was served on defendants in accordance with Federal and Local Rules of Civil Procedure.

_____/s/_____
D. Maimon Kirschenbaum