UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY FRATTIN on behalf of himself and others similarly situated,

                Plaintiff,

v.

WEST 44TH STREET RESTAURANT LLC, d/b/a KELLARI TAVERNA, STAVROS AKTIPIS, and HARSHAD SHAH,

                Defendants.

Case No. 07 CV 3383 (PAC)

**RULE 7.1 STATEMENT**

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certify that West 44th Street Restaurant LLC does not have any parent corporation and does not have any publicly issued stock, nor is its stock traded on any exchange.

                              Respectfully submitted,

                              JACKSON LEWIS LLP
                              59 Maiden Lane, 40th Floor
                              New York, New York 10038
                              (212) 545-4000

Dated: May 23, 2007        By: _____
       New York, New York            Felice B. Ekelman (FE 5692)
                                          Richard I. Greenberg (RG 4911)

                              ATTORNEYS FOR DEFENDANT WEST 44th
                              STREET RESTAURANT LLC