UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Anthony Frattin, on behalf of himself and others similarly situated.,

          Plaintiffs,

- against -

West 44th Street Restaurant, LLC, doing business as Kalleri Taverna, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 3383 (PAC)
**ORDER OF DISCONTINUANCE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a stipulation of dismissal upon receipt from either party.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:    New York, New York
           November 27, 2007