```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 1 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY FRATTIN on behalf of himself and others similarly situated,

                  Plaintiff,

v.

WEST 44TH STREET RESTAURANT LLC, d/b/a KELLARI TAVERNA, STAVROS AKTIPIS, and HARSHAD SHAH,

                  Defendants.

Case No. 07 CV 3383 (PAC)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Anthony Frattin, Jay Cohen, and Sarah Jean Tickal ("Plaintiffs") and Defendants West 44th Street Restaurant LLC, d/b/a Kellari Taverna, Stavros Aktipis, and Harshad Shah ("Defendants"), by and through their undersigned counsel, that the above-captioned action has been resolved by the Parties. The matter includes claims asserted under the Fair Labor Standards Act, and the resolution includes a payment of monies by Defendants to Plaintiffs which includes back wages, liquidated damages, and attorneys' fees.

    The parties accordingly agree that the action be and is hereby dismissed, with prejudice, and with no additional award of attorneys' fees or costs by the Court to any party.

| | |
|---|---|
| JOSEPH & HERZFELD LLP<br>757 Third Avenue, 25th Floor<br>New York, New York 10022<br>(212) 317-1200 | JACKSON LEWIS LLP<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038-4502<br>(212) 545-4000 |
| By: _/s/_____<br>Charles Edward Joseph (CJ 9442)<br>D. Maimon Kirschenbaum (DK 2338) | By: _/s/_____<br>Felice B. Ekelman (FB 5692) |
| ATTORNEYS FOR ANTHONY FRATTIN,<br>JAY COHEN, AND SARAH JEAN TICKAL | ATTORNEYS FOR DEFENDANTS WEST<br>44TH STREET RESTAURANT LLC, D/B/A<br>KELLARI TAVERNA, STAVROS AKTIPIS,<br>AND HARSHAD SHAH |
| Dated: December 17, 2007 | Dated: 12-19, 2007 |

SO ORDERED:

_____
Hon. Paul A. Crotty, U.S.D.J.

Dated: December 21, 2007
New York, New York